IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY R. BEMIS                                                    PLAINTIFF

v.                                    Case No. 12-2075

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                  DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. #12) from United

States Magistrate Judge Barry A. Bryant. There have been no objections.  After careful review, the

Court concludes that the findings and recommendations should be, and hereby are, approved and

adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 13th day of May, 2013.



/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE